# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENIC DELANO SILVA, JR.,<br><br>Petitioner,<br><br>v.<br><br>ROBERTO A. ARIAS, Warden,<br><br>Respondent. | Case No. 5:23-cv-00745-PA-BFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and Petitioner's objections to the Report. The Court has made a *de novo* determination of the portions of the Report to which objections have been made. For the reasons stated in the Report and Recommendation, Petitioner's Objections are overruled.

IT IS ORDERED that (1) the Report and Recommendation is accepted; (2) the Petition is denied; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: January 30, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE