JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DOMENIC DELANO SILVA, JR., Petitioner, v. ROBERTO A. ARIAS, Warden Respondent. | No. 5:23-cv-00745-PA-BFM **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: January 30, 2024

_____
PERCY ANDESON
UNITED STATES DISTRICT JUDGE